IN RE:       FILED      CASE NO. 07-51943

GLENN S. PEARSON     2010 SEP 23 AM 9: 45     CHAPTER 7

    Debtor      U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON      REPORT OF UNCLAIMED DIVIDEND

    Harold A. Corzin, Trustee herein, reports that check #102 was issued on June 22, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #107 to the Clerk of Courts in the amount of $1,594.92 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                               HAROLD A. CORZIN, TRUSTEE
                               304 N. Cleveland-Massillon Road
                               Akron, Ohio 44333
                               (330) 670-0770
                               (330) 670-0297 Facsimile
                               Hcorzin@csu-law.com

September 21, 2010

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 07-51943 - PEARSON, GLENN S

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02082630-66 | 107 | 09/22/10 | U. S. BANKRUPTCY COURT | | | $1,594.92 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02082630-66 2 | 102 | | 07/05/07 | 610 | Third Federal S & L 7007 Broadway Ave Cleveland, OH 44105 | 158,869.41 | 158,869.41 | 1,594.92 | 1,594.92 |

*[handwritten: ck # 107]*
*[handwritten: receipt # 81792]*

(*) Denotes objection to Amount Filed (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

07-51943-mss    Doc 64    FILED 09/23/10    ENTERED 09/23/10 09:55:28    Page 2 of 2